JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MISTER BAILEY,<br><br>        Petitioner,<br><br>        v.<br><br>NIKY'S SPORTS INC., et al.,<br><br>        Respondents. | Case No. CV 20-01318-VAP (JEMx)<br><br>**ORDER OF DISMISSAL** |

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.  All pending dates are hereby vacated.

Dated:  April 6, 2020

                                                                       VIRGINIA A. PHILLIPS
                                                               Chief United States District Judge